**JOSEPH J. WISEMAN, ESQ., CSBN 107403**
**JOSEPH J. WISEMAN, P.C.**
    1477 Drew Avenue, Suite 106
    Davis, California 95616
    Telephone:   530.759.0700
    Facsimile:    530.759.0800

**IRV PIOTRKOWSKI, CSBN 064488**
**LAW OFFICES OF IRV PIOTRKOWSKI**
Post Office Box 2624
Petaluma, CA 94953
Telephone:  (707) 778-1551

**Attorneys for Plaintiffs**
CARL MERNER and
MERNER LAND COMPANY, a California
Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CARL MERNER and MERNER LAND COMPANY, a California Corporation,<br><br>                    Plaintiffs,<br><br>        vs.<br><br>PETER W. MERNER,<br><br>                    Defendant. | No.:  C 02-2336 CW<br><br>**STIPULATED BRIEFING SCHEDULE AND ORDER** |

Pursuant to the Order of this Court dated September 23, 2005, it is hereby stipulated and agreed to between Plaintiffs, CARL MERNER and MERNER LAND COMPANY, by and through their attorney of record, Joseph J. Wiseman, Esq. and defendant, PETER W. MERNER, through his counsel of record, John P. Desmond, Esq., that the briefing schedule regarding the claims remaining in this action be set as follows: beginning on September 30, 2005 and continuing up to and including November 30, 2005, the parties shall engage in

good faith settlement discussions regarding all remaining claims. If such claims are not fully settled within that time period, plaintiffs shall file a Supplemental Memorandum of Points and Authorities in accordance with this Court's Order on or before January 7, 2006. Defendant shall file his Opposition on or before February 10, 2006. Plaintiffs' Reply, if any, shall be filed on or before February 24, 2006.

DATED: September 27, 2005            Respectfully submitted,

                                     JOSEPH J. WISEMAN, P.C.


                                     BY:  __/s/ Joseph J. Wiseman_____
                                              JOSEPH J. WISEMAN

                                          Attorney for Plaintiffs
                                          CARL MERNER and MERNER
                                          LAND COMPANY

DATED: September 27, 2005            JONES VARGAS


                                     BY:  ____/s/ John P. Desmond_____
                                              JOHN P. DESMOND

                                          Attorney for Defendant
                                          PETER MERNER


        IT IS SO ORDERED.
           9/30/05                                /s/ CLAUDIA WILKEN
Dated: _____, 2005      _____
                                     CLAUDIA WILKEN
                                     United States District Judge

---

Stipulated Briefing Schedule                                    C-02-2336 CW
and [Proposed] Order                    2