1

**JOSEPH J. WISEMAN, ESQ., CSBN 107403**
**JOSEPH J. WISEMAN, P.C.**

2
   **1477 Drew Avenue, Suite 106**
   **Davis, California 95616**

3
   **Telephone:   530.759.0700**
   **Facsimile:   530.759.0800**

4

5
**Attorney for Plaintiffs**
CARL MERNER and
MERNER LAND COMPANY, a California

6
Corporation

7

8
UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

9
OAKLAND DIVISION

10

11

12
CARL MERNER and MERNER LAND   )  No.:  C 02-2336 CW
COMPANY, a California Corporation,   )
      )  **ORDER GRANTING JOINT MOTION**

13
      )  **TO RESET BRIEFING SCHEDULE**
      Plaintiffs,   )

14
      )
   vs.      )

15
      )
PETER W. MERNER,      )

16
      )
      Defendant.   )

17
      )
_____)

18

19
     Plaintiffs, CARL MERNER ("Carl") and MERNER LAND COMPANY ("MLC"),

20
by and through their attorney of record, Joseph J. Wiseman, Esq. and defendant, PETER W.

21
MERNER ("Peter"), through his counsel of record, John P. Desmond, Esq., jointly move

22
this court for an order resetting the briefing schedule regarding the claims remaining in this

action as follows: on or before March 30, 2006 plaintiffs shall file a Supplemental

23
Memorandum of Points and Authorities addressing the specific issue of whether they are

24
entitled to summary judgment and injunctive relief preventing Peter from selling his stock in

25
MLC to a non-qualifying entity, because such sale would breach his implied promise not to

26
do so and violate the covenant of good faith and fair dealing.

27
     Defendant shall file his opposition on or before April 30, 2006. Plaintiffs' reply, if

28
any, shall be filed on or before May 10, 2006.

1    The parties are making this joint request on the grounds that additional discovery

2    must be completed in order for them to fully and adequately address the claims remaining in

3    this case. The parties have exercised diligence in complying with the previous Stipulated

4    Briefing Scheduled approved by the court, but were not unable to complete pertinent

5    depositions in time to allow them to file their pleadings within the time prescribed by the

6    earlier schedule.

DATED:  January 9, 2006                    Respectfully submitted,

7

8                                                          JOSEPH J. WISEMAN, P.C.

9                                                          BY:   __/s/ Joseph J. Wiseman_____
                                                                  JOSEPH J. WISEMAN

10

11                                                         Attorney for Plaintiffs
                                                            CARL MERNER and MERNER

12                                                         LAND COMPANY

13   DATED:  January 9, 2006                    JONES VARGAS

14                                                         BY:   ____/s/ John P. Desmond_____
                                                                  JOHN P. DESMOND

15

16                                                         Attorney for Defendant
                                                            PETER MERNER

17

18                                          **ORDER**

19        GOOD CAUSE having been shown, IT IS SO ORDERED THAT plaintiffs shall file

20   their Supplemental Memorandum of Points and Authorities in support of summary judgment

21   and injunctive relief on or before March 30, 2006. Defendant shall file his opposition thereto

22   on or before April 30, 2006. Plaintiffs' reply, if any, shall be filed on or before May 10,

23   2006.

                                                            /s/ CLAUDIA WILKEN

24
Dated: 1/12/ 2006                              _____

25                                                         CLAUDIA WILKEN
                                                            United States District Judge

26

27

28