**JOSEPH J. WISEMAN, ESQ., CSBN 107403**
**JOSEPH J. WISEMAN, P.C.**
   1477 Drew Avenue, Suite 106
   Davis, California 95616
   Telephone:  530.759.0700
   Facsimile:   530.759.0800

**Attorney for Plaintiffs**
CARL MERNER and
MERNER LAND COMPANY, a California
Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CARL MERNER and MERNER LAND COMPANY, a California Corporation,<br><br>        Plaintiffs,<br><br>    vs.<br><br>PETER W. MERNER,<br><br>        Defendant. | No.:  C 02-2336 CW<br><br>**ORDER GRANTIND JOINT MOTION TO RESET BRIEFING SCHEDULE** |

Plaintiffs, CARL MERNER ("Carl") and MERNER LAND COMPANY ("MLC"), by and through their attorney of record, Joseph J. Wiseman, Esq. and defendant, PETER W. MERNER ("Peter"), through his counsel of record, John P. Desmond, Esq., jointly move this court for an order resetting the briefing schedule regarding the claims remaining in this action as follows: on or before April 30, 2006 plaintiffs shall file a Supplemental Memorandum of Points and Authorities addressing the specific issue of whether they are entitled to summary judgment and injunctive relief preventing Peter from selling his stock in MLC to a non-qualifying entity, because such sale would breach his implied promise not to do so and violate the covenant of good faith and fair dealing.

Defendant shall file his opposition on or before May 30, 2006. Plaintiffs' reply, if any, shall be filed on or before June 10, 2006.

The parties are making this joint request on the grounds that three key depositions have been scheduled as follows:

- March 21, 2006, at 9:30 a.m. in Reno, Nevada: Peter Merner
- March 22, 2006, at 9:30 a.m. in Reno, Nevada: John LaGatta
- March 23, 2006, at 9:30 a.m. in Reno, Nevada: Carl Merner

The parties have exercised diligence in complying with the Stipulated Briefing Scheduled approved by the court on January 12, 2006, but due to their counsels' calendar conflicts, were unable to schedule the depositions in time to allow them to file their pleadings within the time prescribed by the earlier schedule.

DATED:  February 13, 2006                    Respectfully submitted,

                                                    JOSEPH J. WISEMAN, P.C.

                                                  BY:   /s/ Joseph J. Wiseman
                                                          JOSEPH J. WISEMAN

                                                  Attorney for Plaintiffs
                                                  CARL MERNER and MERNER
                                                  LAND COMPANY

DATED:  February 13, 2006                    JONES VARGAS

                                                  BY:    /s/ John P. Desmond
                                                         JOHN P. DESMOND

                                                  Attorney for Defendant
                                                  PETER MERNER

**ORDER**

GOOD CAUSE having been shown, IT IS SO ORDERED THAT plaintiffs shall file their Supplemental Memorandum of Points and Authorities in support of summary judgment and injunctive relief on or before April 30, 2006. Defendant shall file his opposition thereto on or before May 30, 2006. Plaintiffs' reply, if any, shall be filed on or before June 10, 2006.

    2/15/06                                                                  /s/ CLAUDIA WILKEN

Dated: _____, 2006           _____
                                                                CLAUDIA WILKEN
                                                                United States District Judge