**JOSEPH J. WISEMAN, ESQ., CSBN 107403**
**JOSEPH J. WISEMAN, P.C.**
   1477 Drew Avenue, Suite 106
   Davis, California 95616
   Telephone:   530.759.0700
   Facsimile:    530.759.0800

**Attorney for Plaintiffs**
CARL MERNER and
MERNER LAND COMPANY, a California
Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CARL MERNER and MERNER LAND COMPANY, a California Corporation,<br><br>              Plaintiffs,<br><br>  vs.<br><br>PETER W. MERNER,<br><br>              Defendant. | No.:  C 02-2336 CW<br><br>**ORDER GRANTING JOINT MOTION TO RESET BRIEFING SCHEDULE** |

      Plaintiffs, CARL MERNER ("Carl") and MERNER LAND COMPANY ("MLC"), by and through their attorney of record, Joseph J. Wiseman, Esq. and defendant, PETER W. MERNER ("Peter"), through his counsel of record, John P. Desmond, Esq., jointly move this court for an order resetting the briefing schedule regarding the claims remaining in this action as follows: on or before July 31, 2006 plaintiffs shall file a Supplemental Memorandum of Points and Authorities addressing the specific issue of whether they are entitled to summary judgment and injunctive relief preventing Peter from selling his stock in MLC to a non-qualifying entity, because such sale would breach his implied promise not to do so and violate the covenant of good faith and fair dealing.

      Defendant shall file his opposition on or before August 31, 2006. Plaintiffs' reply, if any, shall be filed on or before September 15, 2006.

The parties are making this joint request for the following reasons: (1) the court reporter has not finished the transcripts of the three deposition that were completed on March 21, 22 and 23, 2006; and (2) the parties believe that two additional depositions need to be taken in order to fully brief the issues remaining in this case.

Specifically, pursuant to the Joint Scheduling Order the parties submitted on February 13, 2006, Peter Merner's deposition was successfully completed on March 21, 2006, John LaGatta's deposition was completed on March 22, 2006, and Carl Merner's deposition was completed on March 23, 2006. During these depositions, the deponents gave extensive testimony regarding their views of the value of MLC's assets and its stock. In addition, Peter Merner and John LaGatta, gave testimony regarding the potential economic value of the agreement by which Catamount Funding, LLC purportedly purchased one share of stock from Peter Merner. Since the parties have different opinions about the underlying value of MLC's shares, they concluded that it would be helpful to take the depositions of David Dillwood, CPA, MLC's accountant, and Ted Israel, CPA, an accountant who reviewed MLC's corporate books and records on behalf of Peter Merner, in order to clarify this issue. The depositions of these two professionals are scheduled to be completed during the week of June 19, 2006.

The parties have exercised diligence in complying with the Stipulated Briefing Scheduled approved by the Court on February 13, 2006, having completed the three depositions within the time frame ordered by the Court. The parties expect to complete the two remaining depositions in the time proposed in this Stipulation.

DATED: April 16, 2006                    Respectfully submitted,

                                         JOSEPH J. WISEMAN, P.C.
                                    BY:  __/s/ Joseph J. Wiseman_____
                                         JOSEPH J. WISEMAN
                                         Attorney for Plaintiffs
                                         CARL MERNER and MERNER
                                         LAND COMPANY

DATED: April ___, 2006                   JONES VARGAS
                                    BY:  ____/s/ John P. Desmond_____
                                         JOHN P. DESMOND
                                         Attorney for Defendant
                                         PETER MERNER

---

Joint Motion Resetting Briefing Schedule                              C-02-2336 CW
and [Proposed] Order                    2

**ORDER**

GOOD CAUSE having been shown, IT IS SO ORDERED THAT plaintiffs shall file their Supplemental Memorandum of Points and Authorities in support of summary judgment and injunctive relief on or before July 31, 2006. Defendant shall file his opposition thereto on or before August 31, 2006. Plaintiffs' reply, if any, shall be filed on or before September 15, 2006.

       4/25/06                                               /s/ CLAUDIA WILKEN

Dated: _____, 2006        _____

                                                                CLAUDIA WILKEN
                                                                United States District Judge