**JOSEPH J. WISEMAN, ESQ., CSBN 107403**
**JOSEPH J. WISEMAN, P.C.**
    1477 Drew Avenue, Suite 106
    Davis, California 95616
    Telephone:   530.759.0700
    Facsimile:    530.759.0800

**Attorney for Plaintiffs**
CARL MERNER and
MERNER LAND COMPANY, a California
Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CARL MERNER and MERNER LAND COMPANY, a California Corporation,<br><br>    Plaintiffs,<br><br>vs.<br><br>PETER W. MERNER,<br><br>    Defendant. | No.:  C 02-2336 CW<br><br>**ORDER GRANTING AS MODIFIED JOINT MOTION TO RESET BRIEFING SCHEDULE** |

    Plaintiffs, CARL MERNER ("Carl") and MERNER LAND COMPANY ("MLC"), by and through their attorney of record, Joseph J. Wiseman, Esq. and defendant, PETER W. MERNER ("Peter"), through his counsel of record, John P. Desmond, Esq., jointly move this court for an order resetting the briefing schedule regarding the claims remaining in this action as follows: on or before September 29, 2006 plaintiffs shall file a Supplemental Memorandum of Points and Authorities addressing the specific issue of whether they are entitled to summary judgment and injunctive relief.  Defendant may also bring a motion for summary judgment at that time.

    Plaintiff/Defendant shall file any opposition on or before October 31, 2006. A reply, if any, shall be filed on or before November 15, 2006.

---

The parties are making this joint request for the following reasons: (1) Carl's lead counsel recently finished two federal trials before the Honorable William B. Shubb of the United States District Court for the Eastern District of California, which were tried back-to-back, and, therefore, needs additional time to complete the Supplemental Memorandum of Points and Authorities; and (2) the parties have not been able to complete the depositions of two additional percipient witnesses whose testimony is necessary to fully brief the issues remaining in this case.

Specifically, pursuant to the Joint Scheduling Order the parties submitted on February 13, 2006, Peter Merner's deposition was successfully completed on March 21, 2006, John LaGatta's deposition was completed on March 22, 2006, and Carl Merner's deposition was completed on March 23, 2006. During these depositions, the deponents gave extensive testimony regarding their views of the value of MLC's assets and its stock. In addition, Peter Merner and John LaGatta, gave testimony regarding the potential economic value of the agreement by which Catamount Funding, LLC purportedly purchased one share of stock from Peter Merner. Since the parties have different opinions about the underlying value of MLC's shares, they concluded that it would be helpful to take the depositions of David Dillwood, CPA, MLC's accountant, and Ted Israel, CPA, an accountant who reviewed MLC's corporate books and records on behalf of Peter Merner, in order to clarify this issue. The depositions of these two professionals were originally scheduled to be completed during the week of June 19, 2006; however, due to the trial schedule of Carl's lead counsel, these depositions were not completed.

On May 9, 2006, Carl's counsel began trial in *United States of America v. Blanche*, *et al.*, and on June 6, 2006, trial commenced in United *States of America v. Sigerseth, et al*. The Sigerseth trial lasted three week, during which time Carl's counsel was unavailable to participate in any depositions. The parties plan to take the depositions of David Dillwood, CPA, and Ted Israel, CPA during August of 2006.

/ / / / /

/ / / / /

/ / / / /

/ / / / /

The parties have exercised diligence in complying with the Stipulated Briefing Schedules previously approved by the Court and expect to complete the two remaining depositions in the time proposed in this Stipulation and move for any additional extensions of time in this case.

DATED: July 20, 2006                                       Respectfully submitted,

                                                                          JOSEPH J. WISEMAN, P.C.

                                        BY:   /s/ Joseph J. Wiseman
                                                          JOSEPH J. WISEMAN
                                                          Attorney for Plaintiffs
                                                          CARL MERNER and MERNER
                                                          LAND COMPANY

DATED: July 20, 2006                                       JONES VARGAS

                                        BY:      /s/ John P. Desmond
                                                          JOHN P. DESMOND
                                                          Attorney for Defendant
                                                          PETER MERNER

**ORDER**

GOOD CAUSE having been shown, IT IS SO ORDERED THAT plaintiffs shall file their Supplemental Memorandum of Points and Authorities in support of summary judgment and injunctive relief on or before September 29, 2006. If defendant elects to file a separate Motion for Summary Judgment, he shall include it as a cross-motion with his opposition in a single 25 page brief.   This cross-motion and opposition to the motion shall be filed on or before October 31, 2006.  A 25 page opposition to the cross-motion and  reply, if any, shall be filed on or before November 15, 2006.  A reply to the opposition to the cross-motion may be filed on November 22, 2006.

   7/31                                                                        /s/ CLAUDIA WILKEN
Dated: _____, 2006              _____
                                                                               CLAUDIA WILKEN
                                                                               United States District Judge