JOHN P. DESMOND, ESQ.
California State Bar No. 176430
TYRUS O. COBB
Nevada Bar No. 8031
JONES VARGAS
100 W. Liberty Street, Twelfth Floor
PO Box 281
Reno, NV 89504-0281
Telephone: (775) 786-5000
Facsimile: (775) 786-1177

Attorneys for Defendant
Peter W. Merner

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CARL MERNER and MERNER LAND COMPANY, a California Corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>PETER W. MERNER,<br><br>Defendant. | No.: C 02-2336 CW<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE RESPONSES TO DISCOVERY** |

The parties, by and through their undersigned counsel, hereby stipulate that Defendant Peter Merner shall have to and including September 11, 2006 in which to serve his answers, objections and/or responses to Plaintiff's First Set of Interrogatories.

///

///

///

///

Page 1 of 2

No previous request or extension of time has been sought by Defendant in this regard, and said extension is being sought in good faith and not for purposes of delay.

DATED this 23rd day of August, 2006.          DATED this 23rd day of August, 2006.

JONES VARGAS                                   JOSEPH J. WISEMAN, P.C.


/s/ John P. Desmond                            /s/ Joseph J. Wiseman
JOHN P. DESMOND, ESQ.                          JOSEPH J. WISEMAN, ESQ.
California State Bar No. 176430                California State Bar No. 107403
TYRUS O. COBB                                  JOSEPH J. WISEMAN, P.C.
Nevada Bar No. 8031                            1477 Drew Avenue, Suite 106
JONES VARGAS                                   Davis, California 95616
100 Liberty Street                             Telephone: (530) 759-0700
Twelfth Floor                                  Facsimile: (530) 759-0800
Reno, Nevada 89504-0281
Telephone: (775) 786-5000                      Attorney for Plaintiffs
Facsimile: (775) 786-1177                      Carl Merner and Merner Land Company
                                               a California corporation
Attorney for Defendant
Peter W. Merner



IT IS SO ORDERED.

_____
U.S. ~~MAGISTRATE~~ JUDGE

DATED this  1st  day of ~~August~~ Sept., 2006.