1  **JOSEPH J. WISEMAN, ESQ., CSBN 107403**
   **JOSEPH J. WISEMAN, P.C.**
2     1477 Drew Avenue, Suite 106
      Davis, California 95616
3     Telephone:   530.759.0700
      Facsimile:   530.759.0800
4
   **Attorney for Plaintiffs**
5  CARL MERNER and
   MERNER LAND COMPANY, a California
6  Corporation

7
                        UNITED STATES DISTRICT COURT
8
                        NORTHERN DISTRICT OF CALIFORNIA
9
                                OAKLAND DIVISION
10

11
12 CARL MERNER and MERNER LAND           )   No.:  C 02-2336 CW
   COMPANY, a California Corporation,    )
13                                       )   **ORDER GRANTING AS MODIFIED**
                    Plaintiffs,          )   **JOINT MOTION TO RESET BRIEFING**
14                                       )   **SCHEDULE AND] ORDER**
          vs.                            )
15                                       )
   PETER W. MERNER,                      )
16                                       )
                    Defendant.           )
17                                       )
                                         )
18

19       Plaintiffs, CARL MERNER ("Carl") and MERNER LAND COMPANY ("MLC"),
20 by and through their attorney of record, Joseph J. Wiseman, Esq. and defendant, PETER W.
21 MERNER ("Peter"), through his counsel of record, John P. Desmond, Esq., jointly move
22 this court for an order resetting the briefing schedule regarding the claims remaining in this
23 action as follows: on or before October 31, 2006 plaintiffs shall file a Supplemental
   Memorandum of Points and Authorities addressing the specific issue of whether they are
24
   entitled to summary judgment and injunctive relief.  This will also act as the deadline for
25 Defendant to file a dispositive motion.
26       Plaintiff/Defendant shall file any opposition on or before November 30, 2006. A
27 reply, if any, shall be filed on or before December 15, 2006.
28

---
Joint Motion Resetting Briefing Schedule                                    C-02-2336 CW
and [Proposed] Order                        1

The parties are making this joint request for the following reasons: Peter's responses and/or objections to Carl's First Set of Interrogatories are now due on September 11, 2006, and the depositions of David Dillwood, CPA and Ted Israel, CPA are scheduled for September 14, 2006, in Santa Rosa and San Rafael, California. Peter's counsel has been unavailable due to the recent birth of his second child, and needs additional time to serve his responses and/or objections to Carl's First Set of Interrogatories. The parties have agreed that Peter shall be granted an extension of time to September 18, 2006 to file his responses and/or objections and that it would be more productive to complete the depositions after Peter completes his responses.

The parties have exercised diligence in complying with the Stipulated Briefing Schedules previously approved by the Court, and have met and conferred pursuant to Rule 26(f) of the Federal Rules of Civil Procedure in order to address the discovery schedule.

DATED:  September 11, 2006                    Respectfully submitted,

                                                               JOSEPH J. WISEMAN, P.C.

                                      BY:   /s/ Joseph J. Wiseman
                                                JOSEPH J. WISEMAN
                                                Attorney for Plaintiffs
                                                CARL MERNER and MERNER
                                                LAND COMPANY

DATED:  September 11, 2006                    JONES VARGAS

                                                BY:     /s/ John P. Desmond
                                                JOHN P. DESMOND
                                                Attorney for Defendant
                                                PETER MERNER

## ORDER

GOOD CAUSE having been shown, IT IS SO ORDERED THAT the Plaintiff shall have until October 31, 2006 to file any dispositive motion. Defendant's opposition to the motion and its cross-motion (contained within a single brief) shall be filed on or before November 30, 2006. Plaintiff's reply/opposition (contained within a single brief) shall be filed on or before December 15, 2006. Defendant's reply to the cross-motion will be due December 22, 2006. Additionally, the responses and/or objections to Carl's First Set of Interrogatories shall be due on September 18, 2006.

Dated: ____9/12_____, 2006

/s/ CLAUDIA WILKEN
_____
CLAUDIA WILKEN
United States District Judge