1 **JOSEPH J. WISEMAN, ESQ. CSBN 107403**
**JOSEPH J. WISEMAN, P.C.**
2 **1477 Drew Avenue, Suite 106**
**Davis, California 95616**
3 **Telephone:  530.759.0700**
**Facsimile:   530.759.0800**
4

5 **Attorney for Plaintiffs**
CARL MERNER and
6 MERNER LAND COMPANY, a California
Corporation

7
UNITED STATES DISTRICT COURT
8
NORTHERN DISTRICT OF CALIFORNIA
9
OAKLAND DIVISION
10

11

12 CARL MERNER and MERNER LAND   ) No.:  C 02-2336 CW
COMPANY, a California Corporation,  )
13                                                                    ) **JOINT MOTION TO RESET BRIEFING**
                          Plaintiffs,          ) **SCHEDULE AND ORDER AS**
14                                                                    ) **MODIFIED**
         vs.                                                 )
15                                                                    )
PETER W. MERNER,                            )
16                                                                    )
                          Defendant.          )
17                                                                    )
                                                                       )
18

19       Plaintiffs, Carl Merner and Merner Land Company, by and through their attorney of

20 record, Joseph J. Wiseman, Esq. and defendant, Peter W. Merner, through his counsel of

21 record, John P. Desmond, Esq., jointly move this court for an order re-setting the pending

22 briefing schedule: on or before December 29, 2006 plaintiffs shall file their supplemental

23 memorandum of points and authorities addressing whether they are entitled to summary

24 judgment and injunctive relief.  Defendant may also file a motion for summary judgment at

25 that time or any time prior thereto.  Any opposition to the motion(s) must be filed on or

before January 29, 2007. Any reply briefs must be filed on or before February 12, 2007.
26
       The parties are making this joint request for the following reasons: (a) Defendant's
27
responses to Plaintiffs' *First* Set of Interrogatories were received on or about September 18,
28
2006.  The responses contained certain objections.  Plaintiffs believe that some of the

---

unanswered interrogatories are critical to their memorandum of points and authorities. Plaintiffs' counsel has sent a demand to meet and confer under Rule 37(a)(2). If the parties are unable to resolve their discovery dispute, Plaintiffs' counsel intends to file a motion to compel further answers. The additional time requested anticipates the need for a motion to be filed and heard; and (b) the depositions of David Dillwood, CPA, plaintiffs' accountant, and Ted Israel, CPA, went forward on October 3 and 4, 2006. Mr. Israel did not produce paper documents in response to the subpoena, and instead produced his entire file on a compact disc. The parties attempted to review the documents during the deposition but were unable to do so. The deposition went forward with all parties agreeing that they would need time to review the documents and possibly bring Mr. Israel back for additional questioning based on the documents. Plaintiffs' counsel delivered hard copies of the documents contained on Mr. Israel's compact disc to defendant's counsel on October 12, 2006. The documents fill two large binders. It is anticipated that the continued deposition of Mr. Israel would take place by mid-November.

The parties have exercised diligence in complying with the previously approved briefing schedules, and have met and conferred pursuant to Rule 26(f) of the Federal Rules of Civil Procedure in order to address the discovery schedule.

DATED: October 16, 2006                     Respectfully submitted,

                                            JOSEPH J. WISEMAN, P.C.

                                        BY:   /s/ Joseph J. Wiseman
                                            JOSEPH J. WISEMAN
                                            Attorney for Plaintiffs
                                            CARL MERNER and MERNER
                                            LAND COMPANY


DATED: October 16, 2006                     JONES VARGAS

                                        BY:    /s/ John P. Desmond
                                            JOHN P. DESMOND
                                            Attorney for Defendant
                                            PETER MERNER

**ORDER**

GOOD CAUSE having been shown, IT IS SO ORDERED THAT plaintiffs shall file their Supplemental Memorandum of Points and Authorities in support of summary judgment and injunctive relief on or before December 29, 2006.  **Any opposition to the motion of Plaintiff and cross-motion shall be filed on or before January 29, 2007.   Reply, if any, shall be filed on or before February 12, 2007, and reply to the cross-motion, if any,  on February 19, 2007.  No further continuances will be granted without extraordinary good cause**.

Dated: October 31, 2006

_____
CLAUDIA WILKEN,
United States District Judge