IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CARL MERNER, et al.,

      Plaintiff,

  v.

PETER MERNER,

      Defendant.
                                             /

No. C 02-02336 CW

ORDER

     Defendant, having notified the Court that on February 22, 2007, the United States Bankruptcy Court, Southern District of New York, entered an order reopening Case No. 92-64730 (CB-JMP), wherein the Defendant is the Debtor in that case, and an automatic stay being in effect,

     IT IS HEREBY ORDERED that:

     1.  There appears to be no further reason at this time to maintain the file as an open one for statistical purposes, and the Clerk is instructed to submit a JS-6 Form to the Administrative Office.

     2.  Nothing contained in this Order shall be considered a dismissal or disposition of this action, and, should further proceedings in this litigation become necessary or desirable, any

party may initiate it in the same manner as if this Order had not been entered.  The further case management conference previously set for March 30, 2007, is vacated.

Dated: 3/14/07

_____
CLAUDIA WILKEN
United States District Judge