**JOSEPH J. WISEMAN, ESQ., CSBN 107403**
**JOSEPH J. WISEMAN, P.C.**
   **1477 Drew Avenue, Suite 106**
   **Davis, California 95618**
   **Telephone:   530.759.0700**
   **Facsimile:   530.759.0800**

**IRV PIOTRKOWSKI, CSBN 064488**
**LAW OFFICES OF IRV PIOTRKOWSKI**
   **Post Office Box 2624**
   **Petaluma, California 94953**
   **Telephone:   707.778-1551**

**Attorneys for Plaintiffs**
CARL MERNER and
MERNER LAND COMPANY, a California
Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CARL MERNER and MERNER LAND COMPANY, a California Corporation,<br><br>          Plaintiffs,<br><br>  vs.<br><br>PETER W. MERNER,<br><br>          Defendant. | No.: C 02-2336 CW<br><br>**APPLICATION FOR ORDER EXONERATING UNDERTAKING SECURING TEMPORARY RESTRAINING ORDER AND ORDER** |

     Plaintiffs, CARL MERNER and MERNER LAND COMPANY, a California Corporation, by and through undersigned counsel, and pursuant to 28 U.S.C. § 2042, apply for an order exonerating the ten thousand dollar ($10,000.00) undertaking deposited with the Clerk of Court to secure the temporary restraining order issued in the above-captioned case on May 21, 2002.

     Plaintiffs make this application on the grounds that this case was terminated on March 14, 2007, and the temporary restraining order is no longer in effect.

Plaintiffs request that the Court order the undertaking, together with accrued interest, less the court registry fee, paid to Merner Land Company.

DATED: January 11, 2008              Respectfully submitted,

JOSEPH J. WISEMAN, P.C.


BY:  __/s/ Joseph J. Wiseman_____
       JOSEPH J. WISEMAN

Attorney for Plaintiffs
CARL MERNER and MERNER
LAND COMPANY

**ORDER**

GOOD CAUSE having been shown, IT IS HEREBY ORDERED that the ten thousand dollar ($10,000.00) undertaking deposited with the Clerk of Court to secure the temporary restraining order issued in the above-captioned case be exonerated. Accordingly, IT IS FURTHER ORDERED that the Clerk of Court shall return said undertaking, together with accrued interest, less the court registry fee, to Merner Land Company.

Dated: January 23, 2008

_____
CLAUDIA WILKEN
United States District Court Judge